*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Camara J Thorpe
    Debtor(s)

Case No: 16–14471–mdc
Chapter: 13

# NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for Debtor's Failure to Pay First Installment Payment in the amount of $77.50 due July 22, 2016.

will be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Court

on: 9/1/16

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: August 12, 2016

14
Form 175