# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-14471-MDC

CAMARA J THORPE

7960 BAYARD STREET

PHILADELPHIA, PA 19150

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  CAMARA J THORPE

  7960 BAYARD STREET

  PHILADELPHIA, PA 19150

Counsel for debtor(s), by electronic notice only.

  DEMETRIUS J. PARRISH
  7715 CRITTENDEN ST
  SUITE 360
  PHILADELPHIA, PA 19118-

/S/ William C. Miller

Date: 9/6/2016

                        William C. Miller, Esquire
                        Chapter 13 Standing Trustee