## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Camara J Thorpe<br>　　　　　　　　　Debtor<br><br>M&T Bank<br>　　　　　　　　　Movant<br>　　　　vs.<br><br>Camara J Thorpe<br>　　　　　　　　　Debtor<br><br>William C. Miller, Esq.<br>　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 16-14471 MDC<br><br><br><br>11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of M&T Bank, which was filed with the Court on or about **August 11, 2016, Docket entry 13**.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　**/s/ Brian C. Nicholas, Esquire**
　　　　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　Main Number: (215) 627-1322

February 3, 2017