IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Re:  Camara J. Thorpe | : | CHAPTER 13 |
| | : | |
| Debtor | : | NO.: 16 – 14471 mdc |
| | : | |
| M & T Bank | : | |
| Movant | : | |
| v. | : | |
| | : | |
| Camara J. Thorpe | : | |
| Debtor | : | |
| | : | |
| William C. Miller, Esquire | : | |
| | : | |

**Objection to Motion for Relief From the Automatic Stay**

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted. However, Debtor stands ready willing and able to remedy his post – petition mortgage arrears immediately.

7. Denied. After a reasonable investigation, Debtor is without knowledge or information sufficient to believe the truth of the averments contained in paragraph 7 of M & T Bank's Motion.

8. Denied. After a reasonable investigation, Debtor is without knowledge or information sufficient to believe the truth of the averments contained in paragraph 8 of M & T Bank's Motion.

9. Denied. Debtor stands ready willing and able to remedy his post – petition mortgage arrears immediately.

10. Denied. Debtor stands ready willing and able to remedy his post – petition mortgage arrears immediately.

11. Denied. Debtor stands ready willing and able to remedy his post – petition mortgage arrears immediately.

WHEREFORE, Debtor who respectfully requests that Creditor's Motion be Denied.

Date: February 14, 2017

/s/ Demetrius J. Parrish, Jr.
Demetrius J. Parrish, Jr., Esquire
Counsel for Debtor, Camara Thorpe
7715 Crittenden Street, #360
Philadelphia, Pa. 19118
(215) 735 – 3377/(215) 827 – 5420 fax
Email: djpesq@gmail.com