United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-14471-mdc
Camara J Thorpe                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1              Date Rcvd: May 03, 2017
                             Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2017.
db             +Camara J Thorpe,    7960 Bayard Street,    Philadelphia, PA 19150-1306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2017                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2017 at the address(es) listed below:
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         DEMETRIUS J. PARRISH    on behalf of Debtor Camara J Thorpe djpbkpa@gmail.com,  djp711@aol.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         THOMAS I. PULEO   on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                          TOTAL: 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Camara J Thorpe | | CHAPTER 13 |
| | Debtor | |
| M&T Bank | | |
| | Movant | |
| vs. | | NO. 16-14471 MDC |
| Camara J Thorpe | | |
| | Debtor | |
| William C. Miller Esq. | | 11 U.S.C. Section 362 |
| | Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.     The post-petition arrearage on the mortgage held by Movant on the Debtor's residence is **$9,665.24,** which breaks down as follows;

Post-Petition Payments:          July 2016 through December 2016 at $1,079.86 each
                                 January 2017 through February 2017 at $1,077.54 each
Fees & Costs Relating to Motion: $1,031.00 ($850.00 MFR Fee; $181.00 Court Filing Cost)
**Total Post-Petition Arrears        $9,665.24**

2.     The Debtor shall cure said arrearages in the following manner;

a). Within thirty (30) days of the filing of this Stipulation, Debtor shall file an Amended Chapter 13 Plan to include post-petition arrears in the amount of $9,665.24 along with pre-petition arrears.

b). Movant will file an Amended Proof of Claim in accordance with Debtor's Amended Chapter 13 Plan to include post-petition arrears in the amount of $9,665.24 along with pre-petition arrears.

c). Beginning March 2017, Debtor shall pay the present regular monthly payment of **$1,077.54** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), at the address below;

**M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288.**

d).     Maintenance of current monthly mortgage payments to Movant thereafter.

3.    Should Debtor provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4.    In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing and Debtor may cure said default within FIFTEEN (15) days of the date of said notice.  If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay.

5.    The stay provided by Bankruptcy Rule 4001(a)(3) is waived .

6.    If the case is converted to Chapter 7, Movant shall file a Certification of Default with the court and the court shall enter an order granting Movant relief from the automatic stay.

7.    If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.    The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9.    The parties agree that a facsimile signature shall be considered an original signature.


Date:    February 17, 2017

By:    /s/ Brian C. Nicholas, Esquire
Brian C. Nicholas, Esquire
Attorney for Movant
KML Law Group, P.C.
Main Number: (215) 627-1322


Date:    February 23, 2017

Demetrius J. Parrish, Esq.
Attorney for Debtor


Date:    4/12/17

William C. Miller, Esq.
Chapter 13 Trustee    *without prejudice to any
trustee rights or remedies


Approved by the Court this 3rd day of          May          , 2017.  However, the court
retains discretion regarding entry of any further order.


Bankruptcy Judge
Magdeline D. Coleman