**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


IN RE:                              : CHAPTER 13
**CAMARA J THORPE**                 :
                                    : BANKRUPTCY NO.  **16-14471 MDC**
                  Debtor (s)


### P R A E C I P E


Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 6/8/2017 At 09:30 A.M. before the Hon. Magdeline D. Coleman.



                                              Respectfully submitted,


Date: May 11, 2017                            /s/William C. Miller, Esquire
                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee
                                              P.O. Box 1299
                                              Philadelphia, PA  19105