United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-14471-mdc
Camara J Thorpe                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Jennifer          Page 1 of 2          Date Rcvd: May 12, 2017
                             Form ID: 152             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2017.
db              +Camara J Thorpe,    7960 Bayard Street,    Philadelphia, PA 19150-1306
13773736         American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
13749269        +Amex,   Correspondence,    Po Box 981540,   El Paso, TX 79998-1540
13749270        +Bank Of America,    Nc4-105-03-14,   Po Box 26012,    Greensboro, NC 27420-6012
13824200        +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
13749271        +Capital One,    Po Box 30285,   Salt Lake City, UT 84130-0285
13760144         Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13749272        +Convergent Outsourcing, Inc,    Po Box 9004,    Renton, WA 98057-9004
13749278        ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                 (address filed with court:  Ford Motor Credit,    Po Box 62180,    Colorado Springs, CO 80962)
13749276        +First Data,    5565 Glenridge,   Connector NE Ste 2000,    Atlanta, GA 30342-1335
13749277         First Premier Bank,    601 S Minneaplois Ave,    Dious FDalls, SD 57104
13829129        +Ford Motor Credit Company LLC,    1060 Andrew Drive,    Suite 170,    West Chester Pa 19380-5601
13782379        +Ginny's,   c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
13749279        +Ginnys/Swiss Colony Inc,    1112 7th Ave,    Monroe, WI 53566-1364
13782377        +Massey's,   c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
13778283        +Philadelphia Gas Works,    800 W Montgomery Ave,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13749281        +Professional Account Management,    633 W Wisconsin Ave,    Suite 600,    Milwaukee, WI 53203-1907
13774404        +Sprint Corp. Attn: Bankruptcy Dept,    P.O Box 7949,    Overland Park, KS 66207-0949

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov May 13 2017 01:04:00     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 13 2017 01:03:03
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 13 2017 01:03:38     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13836490        +E-mail/Text: bankruptcy@phila.gov May 13 2017 01:04:00
                 CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13749273        +E-mail/PDF: creditonebknotifications@resurgent.com May 13 2017 01:06:29     Credit One Bank Na,
                 Po Box 98873,   Las Vegas, NV 89193-8873
13761081         E-mail/Text: mrdiscen@discover.com May 13 2017 01:02:21     Discover Bank,
                 Discover Products Inc,    Po Box 3025,   New Albany, OH  43054-3025
13749274        +E-mail/Text: mrdiscen@discover.com May 13 2017 01:02:21     Discover Financial,
                 Attn: Bankruptcy,    Po Box 3025,   New Albany, OH 43054-3025
13749275        +E-mail/Text: bnc-bluestem@quantum3group.com May 13 2017 01:04:19     Fingerhut,
                 6250 Ridgewood Rd,    St Cloud, MN 56303-0820
13797620         E-mail/PDF: resurgentbknotifications@resurgent.com May 13 2017 01:06:23
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13749280         E-mail/Text: camanagement@mtb.com May 13 2017 01:02:32     M & T Bank,    Po Box 844,
                 Buffalo, NY 14240
13758838         E-mail/Text: camanagement@mtb.com May 13 2017 01:02:32     M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
13798647        +E-mail/Text: JCAP_BNC_Notices@jcap.com May 13 2017 01:03:30     Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13770699         E-mail/Text: bnc-quantum@quantum3group.com May 13 2017 01:02:34
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                         TOTAL: 13

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Jennifer           Page 2 of 2            Date Rcvd: May 12, 2017
                             Form ID: 152             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2017 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor   M&T BANK bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DEMETRIUS J. PARRISH    on behalf of Debtor Camara J Thorpe djpbkpa@gmail.com,  djp711@aol.com
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor   M&T BANK tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 7
```

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Camara J Thorpe

      Debtor(s)

Case No: 16–14471–mdc

Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the
Honorable Magdeline D. Coleman

, United States Bankruptcy Court 6/8/17 at 09:30 AM , in Courtroom #2, 900 Market Street,
Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

47 – 33
Form 152