## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Camara J. Thorpe<br>　　　　　　　Debtor<br><br>M&T Bank<br>　　　　　　　Movant<br>　　　v.<br>Camara J. Thorpe<br>　　　　　　　Debtor<br><br>William C. Miller, Esq.<br>　　　　　　　Trustee | Chapter 13<br><br><br>NO. 16-14471 MDC |

## ORDER

AND NOW, this 8th day of September, 2017 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified to allow M&T Bank, or its successor or assignee, to proceed with its rights and remedies under the terms of the mortgage against 7960 Bayard Street Philadelphia, PA 19150 and to pursue its *in rem* State Court remedies against the aforesaid property, which actions may include continuation or commencement of mortgage foreclosure proceedings against the mortgaged property, and the execution of judgment and Sheriff's Sale of the premises, among other remedies.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.

cc: See attached service list

Camara J. Thorpe
7960 Bayard Street
Philadelphia, PA 19150

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Demetrius J. Parrish, Esq.
7715 Crittenden Street, #360
Philadelphia, PA 19118

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532