United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Camara J Thorpe  
     Debtor

Case No. 16-14471-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: Sep 08, 2017  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.  
db        +Camara J Thorpe,    7960 Bayard Street,    Philadelphia, PA 19150-1306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2017 at the address(es) listed below:

          BRIAN CRAIG NICHOLAS   on behalf of Creditor   M&T BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
          DEMETRIUS J. PARRISH   on behalf of Debtor Camara J Thorpe djpbkpa@gmail.com, djp711@aol.com;r60715@notify.bestcase.com  
          JACQUELINE M. CHANDLER   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
          MATTEO SAMUEL WEINER   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com  
          THOMAS I. PULEO   on behalf of Creditor   M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                            TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Camara J. Thorpe <br>          Debtor <br><br> M&T Bank <br>          Movant <br>    v. <br> Camara J. Thorpe <br>          Debtor <br><br> William C. Miller, Esq. <br>          Trustee | Chapter 13 <br><br> NO. 16-14471 MDC |

**ORDER**

AND NOW, this 8th day of September, 2017 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on    it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified to allow M&T Bank, or its successor or assignee, to proceed with its rights and remedies under the terms of the mortgage against 7960 Bayard Street Philadelphia, PA 19150 and to pursue its *in rem* State Court remedies against the aforesaid property, which actions may include continuation or commencement of mortgage foreclosure proceedings against the mortgaged property, and the execution of judgment and Sheriff's Sale of the premises, among other remedies.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*
United States Bankruptcy Judge.

cc: See attached service list

Camara J. Thorpe
7960 Bayard Street
Philadelphia, PA 19150

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Demetrius J. Parrish, Esq.
7715 Crittenden Street, #360
Philadelphia, PA 19118

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532