IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE: CAMARA THORPE     :     Bk. No.: 16 – 14471 – mdc

:

:

### ORDER

AND NOW, this 16th day of November, 2017, upon review of Counsel's Motion to Vacate and any response thereto, it is hereby ORDERED and DECREED that said Motion is ~~GRANTED. This Court's Order dated September 18, 2017 is hereby VACATED.~~ DENIED WITHOUT PREJUDICE.

_____
Magdeline D. Coleman, U.S. Bankruptcy Judge